# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-01809-SVW-JC | Date | September 8, 2010 |
|---|---|---|---|
| Title | Century Gaming Management, Inc. v. Rebecca R. Ortiz et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re Corwin's Failure to File an Answer and Order to Show Cause

On August 9, 2010, the Court set aside an entry of default against claimant Corwin. At that time, Corwin had showed good cause to set aside the default. The Court gave Corwin 20 days from the date of the order, until August 29, 2010, to file an Answer to the Complaint-in-Interpleader.

It is now September 8, 2010 and the Court has not received an Answer. Accordingly, the Court, on its own motion, hereby orders Corwin to show cause in writing no later than September 15, 2010 why this action should not be dismissed as to his claim. As an alternative, the Court will also accept a responsive pleading if it is filed on or before the above date.

:

Initials of Preparer   PMC